IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

**VS.**                          **CAUSE NO. 3:15-CR-00028**

**CORINA LEANN CORNELL**                          **DEFENDANT**

### NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW**, Corina Leann Cornell, by and through the undersigned counsel, and notifies the Court and the United States Attorney's Office of her intent to change her previously-entered plea of not guilty in the above-styled cause.

**RESPECTFULLY SUBMITTED**, this 22nd day of March, 2016.

                                                       /s/ *J. Matthew Eichelberger*
                                                       J. Matthew Eichelberger
                                                       Counsel for Corina Leann Cornell

J. Matthew Eichelberger
Jennie A. Eichelberger
THE EICHELBERGER LAW FIRM, PLLC
775 N. Congress St.
Jackson, MS 39202
T: 601-292-7940
F: 601-510-9103
www.ike-law.com

## **CERTIFICATE OF SERVICE**

      I, J. Matthew Eichelberger, do hereby certify that on March 22, 2016, I filed the foregoing Notice of Intent to Change Plea via the CM/ECF system, which caused to be delivered a true and correct copy of the foregoing Notice of Intent to Change Plea to all parties of record.

      So certified this, the 22nd day of March, 2016.

                                                       /s/ *J. Matthew Eichelberger*
                                                       J. Matthew Eichelberger