IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                                      CRIMINAL NO. 3:15-cr-28-DCB-LRA

CORINA LEANN CORNELL                                        DEFENDANT

ORDER TO EXTEND DATE TO SELF REPORT

BEFORE THE COURT is the Motion to Extend Date to Self Report by Defendant, Corina Leann Cornell, by and through counsel, and the Court finds as follows:

I.

This Court sentenced the Defendant to serve a term of forty-one (41) months in the Bureau of Prisons, on the 30th day of June, 2016. At that time the Court entered its order allowing the Defendant to self report to the designated prison.

II.

The Defendant's report date is August 15, 2016, at 12:00 noon.

III.

Ms. Cornell is relocating her youngest child from Mississippi to Wisconsin so that he may live with his father during her incarceration. In order to aid this transition, Ms. Cornell desires to be physically present with him at enrollment when the academic year begins on September 1, 2016. That the

Defendant desires this Court enter its Order extending the self report date. The U.S. Attorney's office does not object to the extension requested herein. The Court finds the motion well taken and that it should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Defendant Corina LeAnn Cornell's date to report to the Bureau of Prisons designated institution be and the same is hereby extended to September 5, 2016, and notice is given to Defendant to report to the designated facility by 12:00 noon on said date.

SO ORDERED this the __28th__ day of July, 2016.

    __s/David Bramlette__
    UNITED STATES DISTRICT JUDGE