IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                      CRIMINAL CASE NO. 3:15-cr-28-002(DCB)(LRA)

CORINA LEANN CORNELL                                     DEFENDANT

<u>ORDER</u>

This cause is before the Court on the defendant Corina LeAnn Cornell's Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) based on a Retroactive Amendment to the United States Sentencing Guidelines (docket entry 169).

Upon review of the motion, the Court finds that a Response from the Government is needed;

Accordingly,

IT IS HEREBY ORDERED that the Government respond to the aforementioned motion by defendant within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the 14th day of November, 2016.

                                           <u>/s/ David Bramlette</u>
                                           UNITED STATES DISTRICT JUDGE