IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.  CRIMINAL CASE NO. 3:15-cr-28-002(DCB)(LRA)

CORINA LEANN CORNELL  DEFENDANT

ORDER

This cause is before the Court on the defendant Corina LeAnn Cornell's Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) based on a Retroactive Amendment to the United States Sentencing Guidelines **(docket entry 169)**, and on the United States' response thereto (docket entry 171).

Upon review of the motion and response, the Court finds that the defendant's motion requests the Court to apply Amendment 794 to the United States Sentencing Guidelines to her sentence retroactively. As the defendant herself points out in her motion, Amendment 794 became effective on November 1, 2015. Cornell's Plea Agreement was entered on March 28, 2016, and her Sentencing was held on June 30, 2016. Thus, the defendant was sentenced under Amendment 794 to the guidelines. The Pre-Sentence Report based its guideline calculations on the 2015 Guidelines Manual and incorporated all guidelines amendments, including Amendment 794 and the factors under 18 U.S.C. § 3553(a). Thus, the defendant has already received the relief sought in her motion and her motion shall therefore be denied.

Accordingly,

IT IS HEREBY ORDERED that the defendant Corina LeAnn Cornell's Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) based on a Retroactive Amendment to the United States Sentencing Guidelines **(docket entry 169)** is DENIED.

SO ORDERED, this the 24th day of February, 2017.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE